# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3364

_____

Samuel N. Edeh

*Plaintiff - Appellant*

v.

Equifax Information Services, LLC

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: May 7, 2014
Filed: May 9, 2014
[Unpublished]

_____

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Samuel Edeh appeals the district court's[1] adverse grant of summary judgment on his Fair Credit Reporting Act claims, its ruling on a discovery matter, and its

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

denial of reconsideration. Following careful review, we affirm for the reasons stated by the district court in each of the challenged orders. <u>See</u> 8th Cir. R. 47B.

_____